FILED
CLERK, U.S. DISTRICT COURT
09/29/20
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DM\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOLLY,<br><br>    Defendant. | CR 2:20-cr-00438-MCS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Controlled Substances] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about July 2, 2020, in Santa Barbara County, within the Central District of California, defendant MICHAEL JOLLY knowingly and intentionally possessed with intent to distribute at least fifty grams, that is, approximately 80 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 2, 2020, in Santa Barbara County, within the Central District of California, defendant MICHAEL JOLLY knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 2, 2020, in Santa Barbara County, within the Central District of California, defendant MICHAEL JOLLY knowingly and intentionally possessed with intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General Crimes Section

JENNA WILLIAMS
Assistant United States Attorney,
General Crimes Section